ACCEPTED
04-14-00338-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/27/2015 3:40:39 PM
KEITH HOTTLE
CLERK

Edward F. Shaughnessy
Attorney at Law
206 E. Locust
San Antonio, Texas 78212
Shaughnessy727@gmail.com

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

08/27/15 3:40:39 PM

KEITH E. HOTTLE
Clerk

Re: Benny Cavazos Valverde
   v.
The State of Texas
Appellate No. 04-14-00338-CR
Trial Court No. 2012-CR-3980

August 27, 2015

Dear Clerk,

Please be advised that I have been appointed as a *prosecutor pro tem* in the instant matter. That appointment was made on August 21, 2015 by Judge Skinner of the 290th District Court of Bexar County. Please enter me in the Court's papers as counsel for the State of Texas, the appellee in the instant case.
   Thank you in advance for your efforts in this regard.

Sincerely yours,
         /s/
Edward F. Shaughnessy
Attorney for the appellee

CC: John Jasuta & David Schulman
    Attorneys at Law
    1801 East 51st Street, Suite 365-474
    Austin, Texas 78723



## ANTI-BRIBERY STATEMENT

"I, E.F. Shaughnessy, do solemnly swear (or affirm) that I have not directly or indirectly paid, offered, promised to pay, contributed, or promised to contribute any money or thing of value, or promised any public office or employment for the giving or withholding of a vote at the election at which I was elected or as a reward to secure my appointment as Attorney Pro Tem in Cause Number 2012CRS980_____, or confirmation, whichever the case may be. So help me God."

*UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING STATEMENT AND THAT THE FACTS STATED THEREIN ARE TRUE.*

E.F. Shaughnessy
_____
ATTORNEY PRO TEM

8·21·15
_____
DATE



# OATH OF OFFICE

"I, E.F. Shaughnessy do solemnly swear that I will faithfully execute the duties of Attorney Pro Tem in Cause Number 2012 CR3 980 , and will to the best of my ability preserve, protect, and defend the Constitution and laws of the United States and of this State, so help me God"

_E.F. Shaughnessy_                     _8.21.15_
                                        DATE

SWORN TO and subscribed before me, the undersigned authority, on this the 21th day of _August_ , A.D., 20_15_ .

_____
JUDGE PRESIDING